IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:18-CV-

WELLS FARGO BANK, N.A., AS )
TRUSTEE FOR BEAR STEARNS ASSET )
BACKED SECURITIES I TRUST 2004- )
BO1, )
      Plaintiff, )
      v. ) NOTICE OF REMOVAL
GEORGE E. SHERROD, BARBARA S. )
SHERROD; THE UNITED STATES OF )
AMERICA, DEPARTMENT OF THE )
TREASURY – INTERNAL REVENUE )
SERVICE; NORTH CAROLINA )
DEPARTMENT OF REVENUE; NORTH )
CAROLINA DEPARTMENT OF HEALTH AND )
HUMAN SERVICES, DIVISION OF )
MEDICAL ASSISTANCE, )
      Defendants. )

    The Department of the Treasury – Internal Revenue Service, by and through the United States Attorney for the Eastern District of North Carolina, hereby states as follows:

    1.  On July 5, 2018, Plaintiff Wells Fargo Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities I Trust 2004-BO1, filed a Complaint in Lenoir County Superior Court, naming the United States of America, acting through its agency, the Internal Revenue Service, as a Defendant. Copies of the Civil Summons,

1

Complaint, Lis Pendens, and the Affidavit of Non-Military Status, are attached hereto.

2. Because the Internal Revenue Service is an agency of the United States of America, the United States is a party to this action.

3. The United States gives notice that this matter is hereby removed from state court to the United States District Court for the Eastern District of North Carolina and the division embracing Lenoir County, North Carolina, pursuant to 28 U.S.C. § 1442(a) and 28 U.S.C. § 1444.

WHEREFORE, the United States of America shows that the action not pending in the Lenoir County Superior Court, North Carolina, is removed therefrom to this Court.

Respectfully submitted this 10th day of August, 2018.

ROBERT J. HIGDON, JR.
United States Attorney


By: /s/ Dennis M. Duffy
DENNIS M. DUFFY
Attorney for Defendant
Assistant United States Attorney
Federal Building, Suite 800
310 New Bern Avenue
Raleigh, NC 27601
Telephone: (919) 856-4847
Facsimile: (919) 856-4821
N.C. Bar Number: 27225
dennis.duffy@usdoj.gov

CERTIFICATE OF SERVICE

I do hereby certify that I have this 10th day of August, 2018, served a copy of the foregoing on the below-listed parties by placing a copy of the same in the U.S. Mail, addressed as follows:

Anthony Carreri
8757 Red Oak Blvd.
Suite 150
Charlotte, NC  28217
Attorney for Plaintiff

George E. Sherrod
1001 Rosanne Dr.
Kinston, NC  28504

Barbara S. Sherrod
1001 Rosanne Dr.
Kinston, NC  28504

North Carolina Department of Revenue
c/o Daniel Garner, General Counsel
P.O. Box 871
Raleigh, NC  27602

North Carolina Department of Health and Human Services,
Division of Medical Assistance
2001 Mail Service Center
Raleigh, NC  27699

> BY:  /s/ Dennis M. Duffy
> DENNIS M. DUFFY
> Assistant United States Attorney
> Civil Division
> 310 New Bern Avenue
> Suite 800 Federal Building
> Raleigh, NC 27601-1461
> Telephone: (919) 856-4847
> Facsimile: (919) 856-4821
> Email: dennis.duffy@usdoj.gov
> N.C. Bar No. 27552
> Attorney for
> Department of the Treasury,
> Internal Revenue Service

3