IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-139-D

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee for Bear Stearns Asset Backed Securities I Trust, 2004-BO1,<br>　　　Plaintiff,<br><br>　　v.<br><br>GEORGE E. SHERROD, BARBARA S. SHERROD, NORTH CAROLINA DEPARTMENT OF REVENUE, NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, Division of Medical Assistance, UNITED STATES OF AMERICA, Department of Treasury,<br>　　　Defendants. | **ENTRY OF DEFAULT** |

This matter is before the clerk on the motion for entry of default [DE-13] filed by plaintiff, seeking entry of default as to defendants George E. Sherrod, Barbara S. Sherrod, and North Carolina Department of Health and Human Services, Division of Medical Services.

The record showing that plaintiff has served each of these defendants [DE-13-1], and defendants have failed to plead or otherwise defend, default is hereby entered pursuant to Fed. R. Civ. P. 55(a) as to defendant George E. Sherrod, Barbara S. Sherrod, and North Carolina Department of Health and Human Services, Division of Medical Assistance.

SO ORDERED. This the 20 day of November, 2018.

Peter A. Moore, Jr.
Clerk of Court