IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-139-D

WELLS FARGO BANK, N.A. AS TRUSTEE )
FOR BEAR STEARNS ASSET BACKED )
SECURITIES I TRUST 2004-B01, )
)
    Plaintiff, )
)
v. ) **ORDER**
)
GEORGE E. SHERROD, ET AL. )
)
)
    Defendants. )

This matter is before the Court on the joint motion of the United States and the Plaintiff to stay the discovery deadlines set forth in the Scheduling Order issued on January 11, 2019, by 30 days, to allow such parties to pursue settlement discussions.

Based upon a review of the Motion, and incorporating herein the reasons set forth in the Motion, the Motion is ALLOWED and the discovery deadlines set forth in the Scheduling Order issued on January 11, 2019, are stayed for 30 days. The United States and the Plaintiff are further ordered to submit a joint status report to the Court on or before the expiration of the 30-day stay.

SO ORDERED, this 20 day of June, 2019.

                                          JAMES C. DEVER III
                                          UNITED STATES DISTRICT JUDGE