IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-B01,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE F. SHERROD; BARBARA S. SHERROD; THE UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE; NORTH CAROLINA DEPARTMENT OF REVENUE; NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, DIVISION OF MEDICAL ASSISTANCE,<br><br>Defendants. | CASE NO. 4:18-CV-139-D<br><br>*Removed from Lenoir County Superior Court (Case No. 18-CVS-579)* |

## ORDER OF DISMISSAL

Plaintiff Wells Fargo Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities I Trust 2004-B01, by counsel and Defendants The United States of America, Department of the Treasury – Internal Revenue Service and North Carolina Department of Revenue, by counsel, having filed their Joint Stipulation of Dismissal and the Court having been duly advised, now finds that the same should be granted.

IT IS THEREFORE, ORDERED that all claims of Plaintiff Wells Fargo Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities I Trust 2004-B01 are dismissed without prejudice. Plaintiff Wells Fargo Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities I Trust 2004-B01 and Defendants The United States of America, Department of the Treasury –

1

Internal Revenue Service and North Carolina Department of Revenue shall each bear their own costs and attorneys' fees.

SO ORDERED. This 11 day of September 2019.

                                                JAMES C. DEVER III
                                                United States District Judge